No. 11, Original. MISSISSIPPI *v.* LOUISIANA. The report of the Special Master is received and ordered filed. Exceptions, if any, to the report of the Special Master may be filed by the parties within 60 days.

No. 186. GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL UNION No. 89, ET AL. *v.* AMERICAN TOBACCO CO., INC. Certiorari, 348 U. S. 813, to the Court of Appeals of Kentucky. The motion of the Government for leave to appear and present oral argument, as *amicus curiae*, is granted. *Solicitor General Sobeloff* filed the motion for the Government.

No. 132, Misc. FAUBERT *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied. Petitioner *pro se. Thomas M. Kavanagh*, Attorney General of Michigan, and *Edmund E. Shepherd*, Solicitor General, for respondents.

No. 221, Misc. EX PARTE WASHINGTON. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Solicitor General Sobeloff* for the United States, respondent.